David M. Poore, SBN 192541
Scott A. Brown, SBN 177099
BROWN | POORE LLP
1350 Treat Blvd., Suite 400
Walnut Creek, California 94597
Telephone:   (925) 943-1166
Facsimile:    (925) 943-1164
dpoore@bplegalgroup.com

Attorneys for Plaintiff


Jeremy Pasternak, Esq., SBN 226906
LAW OFFICES OF JEREMY PASTERNAK, A.P.C.
445 Bush Street, 6th Floor
San Francisco, California 94108
Tel: (415) 693-0300
Fax: (415) 693-0393

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SCHAUT,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE BRODIE dba LAW OFFICES OF MICHELLE BRODIE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:13-cv-02869-MEJ<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:  October 3, 2013<br>Time:  10:00 a.m.<br>Courtroom B, 15th Floor<br>Hon. Maria Elena James |

WHEREAS, the Court set an initial Case Management Conference ("CMC") for October 3, 2013, in the above-entitled matter;

WHEREAS, the parties have reached a settlement in this matter, which is in the process of being memorialized in an executed Settlement Agreement and Release;

WHEREAS, the parties stipulate and agree that good cause exists to continue the initial CMC for a period of approximately three (3) weeks, to allow the parties to finalize settlement and submit a Stipulation for Dismissal;

WHEREFORE, the Parties respectfully request that this Court grant this Stipulation and continue the CMC from October 3, 2013, to October 24, 2013, or any date thereafter that is available to the court and the parties immediately thereafter.

IT IS SO STIPULATED.

Dated: September 27, 2013         BROWN | POORE LLP

                                  *//David M. Poore//*
                                  By:_____
                                  David M. Poore
                                  Attorneys for Plaintiff
                                  GAIL MORGADO


Dated: September 27, 2013         LAW OFFICES OF JEREMY PASTERNAK APC

                                  *//Jeremy Pasternak//*
                                  By: _____
                                  Jeremy Pasternak, Esq.
                                  Attorneys for Defendant
                                  MICHELL BRODIE dba LAW OFFICES OF
                                  MICHELLE BRODIE

~~PROPOSED~~ **ORDER**

GOOD CAUSE APPEARING, the parties Stipulation is hereby approved and the initial Case Management Conference set for October 3, 2013, is hereby VACATED. The new case management conference date shall be October 31 , 2013, at 10:00 .m. The parties are required to file a joint CMC statement no later than seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:  ~~October~~ September 27, 2013

_____
UNITED STATES MAGISTRATE JUDGE

STIP & PROPOSED ORDER – SCHAUT V. BRODIE, CASE NO. 3:13-CV-02869 MEJ