1  David M. Poore, SBN 192541
   Scott A. Brown, SBN 177099
2  BROWN | POORE LLP
   1350 Treat Blvd., Suite 400
3  Walnut Creek, California 94597
   Telephone:    (925) 943-1166
4  Facsimile:    (925) 943-1164
   dpoore@bplegalgroup.com
5
   Attorneys for Plaintiff
6

7  Jeremy Pasternak, Esq., SBN 226906
   LAW OFFICES OF JEREMY PASTERNAK, A.P.C.
8  445 Bush Street, 6th Floor
   San Francisco, California 94108
9  Tel: (415) 693-0300
10 Fax: (415) 693-0393

11 Attorneys for Defendant

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 JULIE SCHAUT,                          | Case No. 3:13-cv-02869-MEJ
17
18            Plaintiff,                  | STIPULATION AND ~~PROPOSED~~ ORDER
                                          | CONTINUING CASE MANAGEMENT
19 v.                                     | CONFERENCE
20
21                                        | Date:    October 3, 2013
   MICHELLE BRODIE dba LAW OFFICES OF     | Time:    10:00 a.m.
22 MICHELLE BRODIE; and DOES 1 through    | Courtroom B, 15th Floor
   50, inclusive,                         | Hon. Maria Elena James
23
24            Defendants.
25

WHEREAS, the Court set an initial Case Management Conference ("CMC") for October 3, 2013, in the above-entitled matter;

WHEREAS, the parties have reached a settlement in this matter, which is in the process of being memorialized in an executed Settlement Agreement and Release;

WHEREAS, the parties stipulate and agree that good cause exists to continue the initial CMC for a period of approximately three (3) weeks, to allow the parties to finalize settlement and submit a Stipulation for Dismissal;

WHEREFORE, the Parties respectfully request that this Court grant this Stipulation and continue the CMC from October 3, 2013, to October 24, 2013, or any date thereafter that is available to the court and the parties immediately thereafter.

IT IS SO STIPULATED.

Dated: September 27, 2013         BROWN | POORE LLP

                                  *//David M. Poore//*
                                  By:_____
                                      David M. Poore
                                      Attorneys for Plaintiff
                                      GAIL MORGADO


Dated: September 27, 2013         LAW OFFICES OF JEREMY PASTERNAK APC

                                  *//Jeremy Pasternak//*
                                  By: _____
                                      Jeremy Pasternak, Esq.
                                      Attorneys for Defendant
                                      MICHELL BRODIE dba LAW OFFICES OF
                                      MICHELLE BRODIE

1

STIP & PROPOSED ORDER – SCHAUT V. BRODIE, CASE NO. 3:13-CV-02869 MEJ

1

## ~~PROPOSED~~ ORDER

2

3    GOOD CAUSE APPEARING, the parties Stipulation is hereby approved and the

4   initial Case Management Conference set for October 3, 2013, is hereby VACATED.  The new

5   case management conference date shall be October 31, 2013, at 10:00 .m.  The parties are required to

6   file a joint CMC statement no later than seven (7) days prior to the conference.

   IT IS SO ORDERED.

7   Dated:  ~~October~~ September 27, 2013

8                                                                                  _____
                                                                                   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2