```
 1  JEREMY PASTERNAK, ESQ., BAR NO: 181618
    LAW OFFICES OF JEREMY PASTERNAK
 2  A Professional Corporation
    445 Bush St., Sixth Floor
 3  San Francisco, CA 94108
    Telephone:  (415) 693-0300
 4  Facsimile:  (415) 693-0393

 5  Attorneys for Defendant
    MICHELLE BRODIE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE SCHAUT, an individual | Case No. 3:13-cv-02869-MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS** |
| v. | |
| MICHELLE BRODIE dba LAW OFFICES OF MICHELLE BRODIE; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to FRCP 41(a)(1), Plaintiff Julie Schaut and Defendant Michelle Brodie hereby stipulate to the dismissal of Plaintiff's claims with prejudice, with all parties to bear their own fees and costs.

Dated: October 29, 2013

**LAW OFFICES OF JEREMY PASTERNAK**
**A Professional Corporation**

By: _____/s/_____
JEREMY PASTERNAK
Attorneys for Defendant
MICHELLE BRODIE

---
-1-
Stipulation and Proposed Order for Dismissal of Plaintiff's Claims

Dated: October 30, 2013            **BROWN POORE LLP**

By: _____/s/_____
DAVID M. POORE
Attorneys for Plaintiff
JULIE SCHAUT

**IT IS SO ORDERED.**

Dated: 10/30/2013

_____
UNITED STATES DISTRICT JUDGE